IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **VOXPATH RS, LLC**<br><br>        Plaintiff,<br>**v.**<br><br>**LG ELECTRONICS U.S.A., INC., et al.**<br><br>        Defendants. | Civil Action No. 2:10-cv-00160-TJW |

### ORDER GRANTING PLAINTIFF VOXPATH RS, LLC'S MOTION FOR LIMITED VENUE-RELATED DISCOVERY

Having considered Plaintiff VoxPath RS, LLC's Motion for Limited Venue- Related Discovery, the Court hereby **GRANTS** said Motion. It is therefore:

**ORDERED** that Defendants LG Electronics U.S.A., Inc.; LG Electronics Inc.; Samsung Electronics Co.; Samsung Electronics America, Inc.; Best Buy Co., Inc.; Bestbuy.com, LLC; Best Buy Stores, L.P.; Best Buy Enterprise Services, Inc.; Sony Corporation of America; Sony Computer Entertainment American Inc.; Sony Electronics Inc.; Toshiba America, Inc.; Toshiba America Consumer Products, L.L.C; Onkyo U.S.A. Corporation; Onkyo Corporation; Hewlett-Packard Company; JVC Americas Corp.; Yamaha Corporation of America; and Yamaha Electronics Corporation shall:

1. Produce at least one properly prepared 30(b)(6) witnesses for a limited deposition only as to venue and convenience-related facts, including but not limited the facts disclosed in the declaration they submitted (if any) and other facts related to the location or knowledgeable witnesses and documents; and

2. Respond to a set of interrogatories (no more than 3) served on each Defendant, directed toward the same facts as in item 1.

SIGNED this  7th  day of January, 2011.

_T. John Ward_
_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE