IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **VOXPATH RS, LLC**<br><br>                            Plaintiff,<br><br>            v.<br><br>**LG ELECTRONICS U.S.A., INC., et al.,**<br><br>                          Defendants. | Civil Action No. 2:10-CV-00160 |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, Voxpath RS, LLC, and defendant, Hewlett-Packard Company, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Voxpath RS, LLC, and defendant, Hewlett-Packard Company, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "Patent License And Settlement Agreement" and dated December 22, 2011.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 12th day of January, 2012.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE